**Dismissed; Opinion Filed June 27, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00221-CR

**JHAN EMAD BAHAR, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-85847-2017**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Stoddart
Opinion by Justice Myers

Jhan Emad Bahar appeals her conviction for assault causing bodily injury family violence. After the jury found her guilty, the trial court assessed punishment at ninety days confinement in county jail, probated for twelve months, and a $50 fine.

The clerk's record was due on April 28, 2018.  On April 27, 2018, the Collin County District Clerk filed a letter with this Court, stating that appellant, who is not indigent, had been notified on March 7, 2018 of the cost of the clerk's record but appellant had not yet paid or made arrangements to pay for the record.  On April 30, 2018, we sent appellant a letter, informing her that the clerk's record had not been filed.  We directed appellant to provide the Court, by May 10, 2018, with (1) written verification that payment had been made to the Collin County District Clerk for the clerk's record; (2) written verification that payment arrangements had been made to pay

the district clerk for the clerk's record; or (3) written documentation that appellant had been found entitled to proceed without payment of costs. TEX. R. APP. P. 37.3(b). We cautioned appellant that the failure to do so might result in the appeal being dismissed for want of prosecution.

When appellant did not respond, we sent a second letter, dated June 8, 2018, directing appellant to provide the Court with proof she had paid or made arrangements to pay for the clerk's record or that she was entitled to proceed without advance payment of costs by June 18, 2018. We cautioned appellant that the failure to do so would result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 37.3(b) (if no clerk's record is filed due to appellant's fault, appellate court may dismiss appeal for want of prosecution). To date, appellant has not responded and no clerk's record has been filed.

We dismiss this appeal for want of prosecution.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
180221F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JHAN EMAD BAHAR, Appellant

No. 05-18-00221-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas
Trial Court Cause No. 004-85847-2017.
Opinion delivered by Justice Myers,
Justices Lang and Stoddart participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of prosecution.

Judgment entered this 27th day of June, 2018.